# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CHARLES CORSO,**

**Plaintiff,**

**-vs-** **Case No. 6:10-cv-1173-Orl-31DAB**

**SCHERING CORPORATION, MERCK SHARP & DOHME CORP., and MERCK & CO.,**

**Defendants.**

# ORDER

This cause comes before the Court on the Motion for Summary Judgment (Doc. No. 36), filed by Defendants on February 22, 2011.

On March 31, 2011, the United States Magistrate Judge issued a report (Doc. No. 57) recommending that the motion be denied without prejudice as moot and that Plaintiff's claims against Defendants be dismissed without prejudice. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The claims of Plaintiff Charles Corso and Opt-in Plaintiffs Michael L. Wilkinson and Leslie Bagli against Defendants are **DISMISSED** without prejudice.

3. The Motion for Summary Judgment is **DENIED** without prejudice as moot.

4. The response to the motion to withdraw (Doc. No. 45) is hereby **STRICKEN**.

5. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 18th day of April, 2011.

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party